**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover        Date: June 13, 2007
Court Reporter:   Paul Zuckerman
Interpreter:      Catherine Bahr
                  Julia Davis

Criminal Action No. 06-cr-00431-MSK

*Parties*:                                    *Counsel Appearing*:

UNITED STATES OF AMERICA,                     Mark Barrett

      Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,                    Robert Pepin
2. JOSE ALFREDO SANCHEZ-GUSMAN,               Ronald Gainor
3. BOGAR GONZALEZ-ITUARET,                    J. Michael Dowling
4. MARTIN GOMEZ-BERRERA,                      Mitchell Baker
5. FERNANDO VALENZUELA-SOTO,                  Lynn Pierce
6. HECTOR JESUS ZAMUDIO-TOLOZA,               Martin Stuart
7. JOSE QUINTANA,                             John Tatum
8. MICHAEL JAMES OVALLE,
9. ISMAEL GARCIA,                             Clifford Barnard
10. ELIZABETH MARCHAND,                       Jeralyn Merritt
11. MONICA ESTRADA ,                          Dana Casper
12. AUGUSTIN MAGANA-BERMEO,                   Richard Stuckey
13. LARRY JOE HERNANDEZ,                      Harvey Steinberg
15. DEBBIE LEE MADRID,                             Dana Casper
16. LETICIA MOCTEZUMA,
17. CHRISTINA FERNANDEZ-MOLINA,               Kerry Hada
19. ENEAS CAMACHO-DOMINIGUEZ,                 Robert Berger
20. VINCE BENAVIDEZ,                          Vincent Horn
21. LUIS LUNA,                                Brandon Marinoff

      Defendants.

---

**COURTROOM MINUTES**

---

HEARING: Discovery Hearing

**1:43 p.m.     Court in session**.

Defendants 1, 2, 3, 4,  5, 6, 7,  9, 10, 11, 12, 13, 17, 19, 21 present in custody

Defendants 15 and 20 are present on bond.

Interpreters sworn.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant Gomez-Berrera's Motion for Discovery **(Doc. #331)** is **GRANTED.** In addition to the items listed in **Doc. #331**, the Government has agreed to produce the ten day reports on applications and the statutorily required those of being intercepted or named in a wiretap application. The Government will produce the information within 30 days. Motions at **Doc. #342, 341, 333, 336, 337 and 339 are GRANTED** subject to the same exceptions as **Doc. #331**.

**ORDER:** Defendant Gomez-Berrera has leave to file a motion for discovery on that which cannot be agreed upon within 10 days from today's date. Defendant Zamudio-Tolozo may also file a motion addressing the California wiretaps**.** The Government will have ten days to respond to the motions.

**ORDER:** Defendant Marchand and Hernandez' Motions for Discovery Pertaining to Intercepted Communications **(Doc. #254, 272)** are **GRANTED.** The Government shall respond in 30 days.

**ORDER:** Defendant Quintana's motion for Disclosure of Confidential Informants **(Doc. #328)** is **DENIED** as moot.

**ORDER:** Defendant Marchand's Motion for Discovery of Confidential Informants **(Doc. #266)** is **GRANTED** in part and **DENIED** in part. Sufficient showing has been made as to the importance of the identity but the Government has not given the defendants sufficient information about the confidential informant from which the defendants could ascertain whether identity is important or not. The Government has 30 days in which to describe the confidential informants and the information they provided in order to facilitate a request for further discovery if necessary. Motions at **Doc. #319,256, 280, 235 and 234-2 are GRANTED** subject to the same exceptions as **Doc. #266.**

**ORDER:** Defendant Quintana's motion for Disclosure of Proffer **(Doc. #324)** and Motion for Disclosure of Promises of Immunity **(Doc. #325)** are **DENIED as moot.**

**ORDER:** **Defendant Marchand's Motion for Disclosure of Substance of Proffers of Cooperating Witnesses (Doc. #265),** is **GRANTED.** The motions regarding promises of immunity/leniency at **Doc. #264, 317, 325, 245 and 234-12** are all **GRANTED.** The Government will provide all iterations of investigations or statements or conversations that have been described as the different versions pertaining to defendants who will be called as witnesses no later than 60 days prior to trial and should someone be identified as a Giglio witness within that 60 days the Government will turn over the same information with regard to the Giglio witness within 48 hours of the agreement being reached. This information will also be provided to defendant Valle-Sierra upon his counsel's request and no objection from the Government.

**ORDER:** Defendant Luna's Motions to Produce Criminal Histories **(Doc. #244; 234-11) are GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:** *Brady* motions at **(Doc.#250, 262, 322, 241 and 234-8) are GRANTED.** Such information will be supplied 60 days before trial or if discovered within 60-day period within 48 hours of discovery.

**ORDER:** Motions at **Doc. #315, 255, 327, 269** (to preserve tapes/notes) are **GRANTED.**

**ORDER:** Rule 404(b) and Rule 609 Motions at **Doc. #275, 251, 312, 261, 321, 240, 234-7 and 294** are **GRANTED.** The time period for disclosure is 60 days before trial.

**ORDER:** FRE 807 motions at **Doc. #314, 258, 276, 330, 273, 236 AND 234-3** are **DENIED** as moot.

**ORDER:** FRCP 12(b)(4) notice motions at **Doc. #253, 278, 329, 271, 311, 234-14** are **GRANTED.**

**ORDER:** Motions at **#279, 252, 313, 268, 323, 236, 234-3 and 294** concerning 801(d)(2)(E) disclosures are **GRANTED.** The Government will make its initial proffer in 60 days and send to all defense counsel. 90 days thereafter will be the time period for all defense counsel to insert their objections, statement by statement or by groups of information if that is what the Government ultimately discloses. On the 91st day, the document entitled proffer under Rule 801(d)(2) and objections will be filed with the Court as a joint document. Signatures by each attorney and the Government are required.

**3:03 p.m.** **Court in recess**
**3:31 p.m.** **Court in session**

**ORDER:** Motions at **Doc. #239, #234-6, 234-9, 234-13, 242, 326, 270, 259, 277, 239** concerning expert witness disclosures are **GRANTED.**

**ORDER:** Motions at **Doc. #243, 234-10** (Jencks Act) are **GRANTED.** The Disclosures will be made 30 days before trial.

**ORDER:** Motions at **#316, 237, 234-4** (Bill of Particulars) are **DENIED.**

**ORDER:** Defendant Magana-Bermeo's Motion for Complete Discovery **(Doc. #257)** is **DENIED** as moot.

**ORDER:** Defendant Luna's Motion for State Law Enforcement Reports **(Doc. #238, 234-5) DENIED** as moot.

**ORDER:** Defendant Estrada's Motion to Excuse Attorney **(Doc. #318)** is **DENIED** as moot.

**ORDER:** Defendant Estrada's Motion for Correction of Case Number **(Doc. #335)** is **GRANTED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:** Defendants' consolidated motion to suppress regarding wiretaps will be filed 120 days from today's date. Government's response will be filed 30 days thereafter. Counsel will include in the motion and response the amount of estimated time needed for the hearing.

**ORDER:** Defendant Gomez-Berrera's motion to suppress regarding the traffic stop will be filed 30 days from today's date. Government's response will be filed 10 days thereafter.

**ORDER:** Any additional motions to suppress will be filed 30 days from today's date. Government's response will be filed 10 days thereafter.

**ORDER:** The present deadline of August 24, 2007 for filing of severance motions is **VACATED.** The Court defers setting a new deadline for filing of severance motions until the suppression hearings have been held.

**ORDER:** Deadline to submit proposed order on technology sharing is 14 days from today's date and is premised upon the expectation that Judge Nottingham will be issuing an order in his multi-defendant cases pertaining to the requirement of having computers available at the various detention locations**.**

**ORDER:** Counsel will contact the Court's Judicial Assistant, Maureen Nelson at (303) 335-2289 to set the 3 suppression hearings addressed at **Doc. #368** (Defendant Magana-Bermeo); **Doc. #371, 372, 373, 374 and 375** (Defendant Hernandez); **Doc. #377** (Defendant Marchand); **Doc. #378** (Defendant Valenzuela-Soto) and **Doc. #380**) Defendant Garcia).

**ORDER:** Hearing on Defendant Hernandez' Motion to Revoke Detention Order **(Doc. #387)** is set for **June 26, 2007 at 9:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. The Government's response to the motion will be filed by June 20, 2007.

**ORDER:** Bond is continued as to the appropriate defendants.

**ORDER:** Defendants are remanded to the care and custody of the United States Marshal Service as appropriate.

**4:20 p.m.**     **Court in recess.**

**Total Time:   2 Hours 9 Minutes**
**Hearing concluded.**