UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
   a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
   a/k/a Jose Alfredo Guzman,
   a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
   a/k/a Roberto Martinez-Beltran,
   a/k/a Mario Alberto Ozuna,
   a/k/a Mario Alberto,
   a/k/a "Jaime,"
   a/k/a Jose A. Zasueta,
   a/k/a Juan Al Parra,
   a/k/a Jaime Martinez-Beltran,
   a/k/a "Juan,"
   a/k/a 'Cameleon,"
   a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

        Defendants.

## ORDER REGARDING TECHNOLOGY AND DISCOVERY

THIS MATTER comes before the Court on Defendant Marchand's Status Report on Issue of Technology Sharing **(#423)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

At the hearing held on January 24, 2007, several Defendants complained that they were unable to review discovery provided by the Government on CDs and DVDs. The Court ordered the parties to prepare an order addressing the issue. The parties did not submit one, and instead filed a Joint Status Report in Lieu of Proposed Order **(#346)**. Then, at the hearing held June 13,

2007, they stated that Judge Nottingham was planning to issue an order on the same issue in a different case, and it might be possible to use his order as a model.

On July 5, 2007, Judge Nottingham issued an Order Regarding Prison Access to Electronic Discovery in Criminal Action Nos. 07-cr-00172, -00177, -00179, and -00185.  It appears that because it is adapted only to particular cases and the discovery in those cases will be put on the hard drive of court supplied computers, the procedure outlined in such order does not have utility in this case.

**IT IS THEREFORE ORDERED** that on or before **July 31, 2007**, the parties shall either request a hearing on this issue, or jointly submit a proposed order to address CD and DVD discovery at the various institutions where the Defendants are being detained.

Dated this 22nd day of July, 2007

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge