UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
    a/k/a Jose Alfredo Guzman,
    a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
    a/k/a Bogar Gonzalez-Ituarte,
    a/k/a "Hugo,"
    a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
    a/k/a Martin Gomez-Barrera,
    a/k/a "Huevo,"
    a/k/a "Huevito,"
    a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
    a/k/a Roberto Martinez-Beltran,
    a/k/a Mario Alberto Ozuna,
    a/k/a Mario Alberto,
    a/k/a "Jaime,"
    a/k/a Jose A. Zasueta,
    a/k/a Juan Al Parra,
    a/k/a Jaime Martinez-Beltran,
    a/k/a "Juan,"
    a/k/a 'Cameleon,"
    a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
    a/k/a Hector Jesus Zamudio-Tolosa,
    a/k/a "Tecate,"
7. JOSE QUINTANA,
    a/k/a "Chapo,"
    a/k/a "Chepo,"
    a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
    a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

    Defendants.

## ORDER SETTING HEARING

On July 22, 2007, the Court issued an Order Regarding Technology and Discovery (**#436**). The Order addressed complaints by several Defendants that they were unable to review discovery provided by the Government on CDs and DVDs. The Court gave the parties until July 31, 2007, to either request a hearing on this issue, or to jointly submit a proposed order to address CD and DVD discovery at the various institutions where the Defendants are being detained.

Counsel for Defendant Elizabeth Marchand filed a Motion for Hearing on Technology and Discovery Sharing (**#443**). No other party filed such a motion, and Ms. Marchand has subsequently filed a notice of disposition. However, because it appears that some of the

Defendants may still be experiencing difficulties in reviewing discovery, a hearing will be held.

In addition to this issue, the Court will also address other discovery matters. In specific, the Court will address discovery motions filed by Defendants Rigoverto Valle-Sierra **(#422)**, Jose Alfredo Sanchez-Gusman **(#406, #407)**, Bogar Gonzales-Ituaret **(#421)**, Martin Gomez-Berrera **(#404, #405)**, and Hector Jesus Zamudio-Toloza **(#403, #414).**[1]

**IT IS THEREFORE ORDERED** that:

(1) The Motion for Hearing on Technology and Discovery Sharing **(#443)** is **GRANTED**.

(2) A hearing is set for **September 19, 2007 at 4:00 p.m.** to address what mechanism is needed to ensure the Defendants' review of discovery on CDs and DVDs. The parties shall also be prepared to address the discovery motions listed above. Pursuant to the Order on Procedures **(#154)**, Defendants who have filed a notice of disposition, as well as their counsel, are excused from attending this hearing.

(3) The motion to withdraw **(#413)** the erroneously filed discovery motion **(#412)** is **GRANTED**.

Dated this 29th day of August, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

---

[1] Mr. Zamudio-Toloza also filed a separate discovery motion **(#412)** which he has moved to withdraw **(#413)** as "erroneously filed." The motion to withdraw is granted.

3