## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: September 19, 2007
Court Reporter:    Paul Zuckerman
Interpreter:       Adriana Weisz
                   Betty Ziman

Criminal Action No. 06-cr-00431-MSK

*Parties*:                                  *Counsel Appearing*:

UNITED STATES OF AMERICA,                    Mark Barrett

       Plaintiff,

v.

| | |
|---|---|
| 1.  RIGOVERTO VALLE-SIERRA, | Edward Harris |
| 2.  JOSE ALFREDO SANCHEZ-GUSMAN, | Ronald Gainor |
| 3.  BOGAR GONZALEZ-ITUARET, | J. Michael Dowling |
| 4.  MARTIN GOMEZ-BERRERA, | Mitchell Baker |
| 6.  HECTOR JESUS ZAMUDIO-TOLOZA, | Martin Stuart |
| 7.  JOSE QUINTANA, | Ryan Crane for John Tatum |
| 11. MONICA ESTRADA , | Paula Ray |
| 12. AUGUSTIN MAGANA-BERMEO, | Paula Ray for Richard Stuckey |
| 13. LARRY JOE HERNANDEZ, | Harvey Steinberg |
| 15. DEBBIE LEE MADRID, | Martin Stuart for N. Rodarte |
| 16. LETICIA MOCTEZUMA, | |
| 17. CHRISTINA FERNANDEZ-MOLINA, | Kerry Hada |
| 18. ROBERT JOSE CERVANTES, JR., | M. David Lindsey |
| 19. ENEAS CAMACHO-DOMINIGUEZ, | Robert Berger |
| 20. VINCE BENAVIDEZ, | Vincent Horn |
| 21. LUIS LUNA, | Brandon Marinoff |

       Defendants.

---

## COURTROOM MINUTES

---

HEARING: Discovery Hearing

**4:11 p.m.     Court in session**.

Defendants 1, 2, 3, 4, 6, 7, 11, 12, 13, 19, and 21 present in custody  Defendants #17, 18 and 20 were excused by the Court upon filing of the appropriate waivers by their counsel.

Defendant 15 is  present on bond.

Defendant Berrera and his counsel are excused having filed a notice of disposition in this matter today.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Defendant Madrid requests permission to be excused from the hearing as she has no pending motions.  Upon no objection, Defendant Madrid is excused from the hearing. Her counsel remains.

Interpreters sworn.

The Court addresses production of the CDs to counsel Paula Ray by the Government.  The Government will deliver the CDs to counsel Ray by close of business tomorrow.  Counsel Ray will advise the Court what, if anything,  is needed to facilitate the review of the CDs by counsel with her client.

**ORDER:**   No response was filed to discovery motions at **Docket No. 403, 422, 406, 421, 407, 414** and they are therefore **GRANTED.**

**ORDER:**   The motions to compel found at **Docket No. 501, 521, 520** are **GRANTED** in part and **DENIED** in part.  Based on the Government's commitment to counsel for defendant Valle-Sierra the information regarding the California wiretap will be provided by early next week, grand jury charts and exhibits and 10 day reports by the end of next week.  The discovery contained or referenced in Doc. Nos. 342 and 331 will be supplied by October 15, 2007.  This is final deadline.  No extensions will be granted.  The defendants will have 90 days from October 15, 2007 to file suppression motions with regard to the discovery produced on that date.

**ORDER:**   Defendants Valle-Sierra and Gonzalez-Ituaret's motions at **Doc. Nos. 482 and 485** regarding the James Proffer are **GRANTED** in part and **DENIED** in part**.** The Government will complete Sections 1 and 2 of the form by **October 5, 2007.** The deadline will not be extended.  Responses still will be filed by the previously set deadline of **November 13, 2007.**

**ORDER:**   Defendant Hernandez' request to respond to the current James Proffer is **GRANTED.**  The motion shall be filed within 14 days from today's date.  Other defendants that did **not** joint defendant Valle-Sierra's motions 482 and 485 may file a motion as well.

**ORDER:**   Another Pretrial Conference is scheduled for **December 10, 2007 at 1:30 p.m.** to address non-evidentiary motions and to set suppression hearings that are required based on motions that have been filed.

**ORDER:**   Bond is continued as to the appropriate defendant.

**ORDER:**   Defendants are  remanded to the care and custody of the United States Marshal Service as appropriate.

**5:02 p.m.**      **Court in recess.**

**Total Time:   1 Hour 9 minutes.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**Hearing concluded.**